UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-23214-CV-BLOOM/OTAZO-REYES

CHRISTOPHER HANSEN,

    Plaintiff,

v.

BRITISH AIRWAYS PLC,

    Defendant.

_____

**JOINT MEDIATION REPORT**

    Pursuant to this Court's Order Scheduling Mediation [ECF No. 13], Plaintiff and Defendant hereby jointly report as follows: (1) All parties participated in mediation with Pamela Perry on September 27, 2023 by video conference; and (2) the case settled at mediation and the parties will formalize the settlement and inform the Court of the same with an appropriate dismissal within 30 days.

cc:      Pamela Perry, Mediator
Dated:  October 2, 2023

| | |
|---|---|
| **John R. Byrne**<br>John R. Byrne<br>Florida Bar No.: 0126294<br>john@maderalbyrne.com<br>Nicole Estrada<br>Florida Bar No.: 1017979<br>nicole@maderalbyrne.com<br><br>**Maderal Byrne & Furst PLLC**<br>2800 Ponce de Leon Boulevard, Suite 1100<br>Coral Gables, FL 33134<br>Telephone: (305)520-5690<br>Email: john@maderalbyrne.com<br>Attorney for Christopher Hansen | **Lisa B. Heller**<br>Lisa B. Heller, Esq.<br>Florida Bar No.: 96658<br>Email: lheller@condonlaw.com<br><br>**CONDON & FORSYTH LLP**<br>701 Brickell Avenue, Suite 1550<br>Miami, Florida 33131<br>Tel: (305) 492-7303<br>Fax: (212) 370-4453<br>Attorney for British Airways PLC |